**Varun SHAH, Plaintiff–Appellant**

v.

**UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL SCHOOL; J. Gregory Fitz, Defendants–Appellees**

No. 15-10983

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/16/2016

Matthew Brian Ploeger, Law Office of Matthew Ploeger, Austin, TX, for Plaintiff–Appellant

Benjamin Lindberg Dower, Office of the Attorney General, Austin, TX, for Defendants–Appellees

Before WIENER, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

Our review of the record, the parties' briefs, and arguments of counsel convinces us that the analysis, reasoning, and conclusions of the district court are not only comprehensive and correct, but that our writing separately is unnecessary. We therefore adopt the district court's opinion *in toto* and incorporate it herein.[1]

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See Shah v. Univ. of Tex. Sw. Med. Sch.*, 129 F.Supp.3d 480 (N.D. Tex. 2015).